**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

Inez Hunter,

                                                      Civil No. 05-665 (RHK/AJB

       Plaintiff,

                                                      **ORDER**

vs.

Wendy Berkowitz, Chris Isensee, Barb
Loftus, Tracy Wiggins, Tommy Brown,
Risk Management Alternatives, Inc.,

       Defendants.

_____

       Plaintiff has filed a Motion for Default Judgment.  A review of the file discloses that Defendant filed an Answer to the Complaint on April 7, 2005.  Assuming that the Answer was untimely, no showing of prejudice has been made by Plaintiff.

       Accordingly, the Motion for Default Judgment (Doc. No. 16) is **DENIED**.

Dated: May 25, 2005

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge